**Docsmit!**

# Certification

**Mailing ID:    538896**

**Account:**        anthony@apdlaw.net

**Return Address:**
Law Office of Anthony P. Diehl
104 Blue Note
Irvine, CA 92618

**Accepted:**        4/22/24, 3:51 PM (EDT-04:00)

**Subject:**
C&D in re: Ayala, Anthony

**Recipient(s):**
SpotLoan
PO BOX 720
Belcourt, ND 58316-0720 -US
Service: USPS First Class, #10 Envelope
Production Status: Mailed - 4/23/24, 12:00 AM (EDT-04:00)

**Enclosed Content:**
Document 1 (1 Page)
**Total: 1 File with 1 Page**

---

The information herein is certified by Docsmit.com, Inc. ("Docsmit") to be true and accurate as of the date and time this report was generated. All of the records relating to this communication were made at times proximate to those indicated. Docsmit has not permitted any of the parties hereto to modify the records.

Mail tracking information is from the United States Postal Service. Times therein are believed to be expressed in the time zone local to those events. DDS Delivery tracking times are in the time zone local to those events. All other times (unless otherwise indicated) are expressed in Greenwich Mean Time which may not be the local time of sender or recipient.

# A.P.D

## ANTHONY P. DIEHL LAW

104 Blue Note, Irvine, California, 92618
phone: (949) 694-9702 / fax: (949) 694-9704
email: anthony@apdlaw.net / website: apdlaw.net

**PERSONAL AND CONFIDENTIAL**

April 19, 2024

Re: Anthony Michael Ayala
      Social Security No: XXX-XX-1551
      Address: 602 W. Dunton Ave.
         Orange, CA 92865
      Email: nennybug3@aol.com

Dear Colleague,

I am writing on behalf of my client, Anthony Ayala, regarding the above referenced account that you assert is owed by them. My law firm is examining all options to resolve their debts, including the possibility of bankruptcy.

**Please be advised that effective immediately:**

- Communication with my client must cease.
  This encompasses forms of contact such as calling any telephone numbers associated with the referenced account or communicating with any third parties. Creditor may send periodic billing statements that are not an attempt to collect debt and only informational. Creditor may serve summons on Client in accordance with applicable law..

- Client revokes any consent for contact.
  This includes: by phone, text, email, or other means, including but not limited to communications utilizing automated or pre-recorded means.

- Client submits formal demand to exclude themselves from arbitration.

- Client disputes the debt. Please furnish debt validation.

Furthermore, my client hereby rescinds any prior consent granted for the inclusion of our personal information in marketing endeavors, the receipt of third-party materials, and the sale and/or sharing of our contact information.

This letter is not a notice of change of information, and creditors shall not furnish incorrect contact information, including a change of address, to credit reporting agencies.

If you have any questions or concerns about this matter, please do not hesitate to contact my office. Thank you for your attention to this matter.

Sincerely,