---------- Forwarded message ---------
From: **Ashley.lu at Spotloan** <ashley.lu@spotloan.com>
Date: Wed, May 1, 2024, 1:45 PM
Subject: Spotloan
To: <heywhynot3@gmail.com>

Dear Anthony,

I am reaching out to you today in regards to your current Spotloan.

Upon review of your account, our records show that you agreed to a $600.00 loan over a ten month duration.

We received notice that you retained A.P.DLaw to represent you regarding your Spotloan. In order for us to discuss your account with your representation, we will need a notarized Power of Attorney. You may email us at help@spotloan.com. Once we receive proper authorization, we will direct all communication regarding your Spotloan to your representation.

In validation of the debt, enclosed is your executed loan agreement (which you electronically signed on January 31, 2024) and your loan statement, which contains your payment history.

Your loan agreement includes the Federal Truth in Lending Act (TILA) disclosures that were available for review before your electronic signature. Based on your agreement to repay the loan amount plus interest, Spotloan deposited $600.00 in your account on January 31, 2024. At that time, you had authorized us to automatically debit your account for your scheduled payments. You have missed four payments .

Interest on your loan is added daily based on the outstanding principal balance; for every day that you carry a principal balance on your loan, you are charged interest. If you make your payments as scheduled, your loan will be paid in full when we receive the final payment on the payment schedule in your Loan Agreement, subject to any change if payments are made outside of the payment schedule provided.

Even though you chose to repay your loan over ten months, you end up taking much longer to repay when you miss payments and that costs you more in interest.

Your outstanding balance, assuming you paid off all principal and interest today, is $1,065.39. Your next payment of $108.68 is due on May 08, 2024.

Additionally, we understand you are requesting that we stop contacting you. We will honor your request and stop contacting you. As a reminder, interest will continue to accrue until the loan is paid in full. However, after 90 days of nonpayment, Spotloan may transfer to a third party, all of our rights, title, and interest in this loan.

I hope this information helps. If there is anything else I can do, please let me know.

Our Customer Service Representatives may be reached at (888) 681-6811, Monday-Friday, 7 AM - 8 PM CT, or Saturday, 9 AM - 6 PM CT. Our Email Support Specialists may be reached at help@spotloan.com and are available, Monday-Friday, 7 AM - 4:30 PM CT.

Sincerely,


--



Ashley L
<mark>Investigations Agent</mark>
**Spotloan**
o: 888-681-6811
a: PO Box 720 Belcourt, ND 58316
w: www.spotloan.com e:ashley.lu@spotloan.com

