The Law Office of Anthony Paul Diehl
Anthony Paul Diehl, Esq. SBN 342160
104 Blue Note
Irvine, California 92618
Phone (949) 694-9702
Facsimile (949) 694-9704
anthony@apdlaw.net

*Attorney for Plaintiff*
*Anthony Ayala*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anthony Ayala,<br><br>Plaintiff,<br><br>v.<br><br>BlueChip Financial Services, Spotloan, and DOES 1 through 20,<br><br>Defendants. | **Case No.: 8:25-cv-00916-FWS-KES**<br><br>**JOINT STATUS REPORT REGARDING ARBITRATION**<br><br>Complaint filed: May 1, 2025<br><br>Arbitration Ordered and Action Stayed: October 14, 2025 |

**<u>JOINT STATUS REPORT</u>**

Plaintiff Anthony Ayala and Defendant BlueChip Financial Services d/b/a SpotLoan (collectively, the "Parties") submit this Joint Status Report regarding arbitration pursuant to the Court's October 14, 2025 Order Granting Defendant's Motion to Compel Arbitration and Staying Action (Dkt. 20).

On October 14, 2025, the Court granted Defendant's motion to compel arbitration, stayed this action pending completion of arbitration proceedings, and

ordered the Parties to file joint status reports every ninety (90) days regarding the status of arbitration.

The Parties conferred regarding initiation of arbitration and mutually agreed on a proposed arbitrator, Hon. Shashi H. Kewalramani (Ret.). The Parties now await the case manager's confirmation of the arbitrator's availability.

The Parties will continue to comply with the Court's Order and will submit a further joint status report within ninety (90) days, or sooner if arbitration is initiated or materially advances before that time. The Parties will also file a joint status report within five (5) days of the completion of arbitration proceedings, as ordered by the Court.

RESPECTFULLY SUBMITTED,

THE LAW OFFICE OF
ANTHONY PAUL DIEHL

Dated: April 3, 2026.    By:   /s/ Anthony P. Diehl
                                Anthony Diehl, Esq.
                                Attorney for Plaintiff

KELLEY DRYE & WARREN LLP

Dated: April 3, 2026.    By:   /s/ Rachael W. Hiatt
                                Rachael W. Hiatt
                                Attorney for Defendant

## **CERTIFICATE OF SERVICE**

   I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.


   Dated: April 3, 2026.                    By:   /s/ Anthony P. Diehl                  
                                                  Anthony Diehl, Esq.
                                                  Attorney for Plaintiff