The Law Office of Anthony Paul Diehl
Anthony Paul Diehl, Esq. SBN 342160
104 Blue Note
Irvine, California 92618
Phone (949) 694-9702
Facsimile (949) 694-9704
anthony@apdlaw.net

*Attorney for Plaintiff*
*Anthony Ayala*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anthony Ayala,<br><br>Plaintiff,<br><br>v.<br><br>BlueChip Financial Services, Spotloan, and DOES 1 through 20,<br><br>Defendants. | Case No.: 8:25-cv-00916-FWS-KES<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Fred W. Slaughter |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Anthony Ayala and Defendant BlueChip Financial Services and SpotLoan (collectively, the "Parties") reached a settlement that resolves all claims asserted in this action, subject to execution and performance of a written settlement agreement.

Upon execution of the settlement agreement, Plaintiff intends to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties anticipate filing the dismissal within sixty (60) days or less.

This Notice serves to inform the Court of the Parties' settlement. In light of the



Law Office of Anthony Paul Diehl
104 Blue Note
Irvine, California 92618
Phone: (949) 694-9702, Fax: (949) 694-9704

settlement, the Parties respectfully request the Court vacate all future hearings and deadlines in this case.

Respectfully submitted,

**THE LAW OFFICE OF**
**ANTHONY PAUL DIEHL**

Dated: September 15, 2026 By: /s/ Anthony P. Diehl
Anthony Diehl, Esq.
Attorney for Plaintiff

**Law Office of Anthony Paul Diehl**
104 Blue Note
Irvine, California 92618
Phone: (949) 694-9702, Fax: (949) 694-9704

**Law Office of Anthony Paul Diehl**
104 Blue Note
Irvine, California 92618
Phone: (949) 694-9702, Fax: (949) 694-9704

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served via email to the parties listed on the service list with the Court, and to the parties authorized to receive via this Court's CM/ECF system on September 15, 2026.

By: ____*/s/ Shane Castillo*______